# ELECTRONIC RECORD

COA # 14-14-00386-CR

OFFENSE: Robbery

STYLE: Rodney Rochell v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 176th District Court

DATE: June 16, 2015    Publish: No

TC CASE #:1383622

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Rodney Rochell v The State of Texas

CCA # _____

_____PRO SE_____ Petition

CCA Disposition: **973-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: ___11/18/2015_____

SIGNED: _____    PC: _____

JUDGE: ___Per Curiam_____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**